# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Hoffard,<br><br>　　　　Plaintiff,<br><br>v.<br><br>County of Cochise, et al.,<br><br>　　　　Defendants. | No. CV-20-00243-TUC-SHR<br><br>**Order Granting Plaintiff's Motion for Leave to Exceed Page Limit** |

　　　　Before the Court is Plaintiff Kathleen Hoffard's Motion for Leave to Exceed Page Limit in Filing Motion for Preliminary Injunction (Doc. 13).  Good cause appearing,

　　　　**IT IS ORDERED** Plaintiff Kathleen Hoffard's Motion for Leave to Exceed Page Limit in Filing Motion for Preliminary Injunction (Doc. 13) is **GRANTED** and Plaintiff's Motion for Preliminary Injunction and Expedited Hearing (Doc. 14) is accepted.

　　　　**IT IS FURTHER ORDERED** Defendants shall file their response to Plaintiff's Motion for Preliminary Injunction and Expedited Hearing (Doc. 14) **on or before Monday, October 19, 2020**.

　　　　Dated this 6th day of October, 2020.

Honorable Scott H. Rash
United States District Judge