BRIAN M. MCINTYRE
COCHISE COUNTY ATTORNEY
By: CHRISTINE J. ROBERTS
Chief Civil Deputy County Attorney
Arizona Bar No. 033718
P.O. Drawer CA
Bisbee, AZ 85603
(520) 432-8700
CVAttymeo@cochise.az.gov

*Attorney for Cochise County and Lisa Marra, in her official capacity as Cochise County Elections Director*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA, TUCSON DIVISION

| | |
|---|---|
| Kathleen Hoffard, ) | **No. 4:20-CV-00243-SHR** |
| Plaintiff, ) | |
| ) | **ORDER RE MOTION TO DISMISS** |
| vs. ) | **PLAINTIFF'S FIRST AMENDED** |
| ) | **COMPLAINT FOR INJUNCTIVE** |
| Cochise County, Arizona; Lisa Marra, ) | **AND DECLARATORY RELIEF** |
| In her official capacity as Director of ) | |
| Cochise County Elections Department, ) | |
| ) | **Assigned to the Honorable** |
| Defendants. ) | **Judge Scott H. Rash** |
| _____ ) | |

Pursuant to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint for Injunctive and Declaratory Relief, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6),

And good cause appearing therefore,

/ / /

/ / /

/ / /

1

**IT IS ORDERED** that Plaintiff's First Amended Complaint is dismissed, with prejudice.

DATED this _____ day of _____, 2020.

_____
**Honorable Scott H. Rash**
United States District Court Judge