# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Hoffard,<br><br>                Plaintiff,<br><br>v.<br><br>County of Cochise, et al.,<br><br>                Defendants. | No. CV-20-00243-TUC-SHR<br><br>**ORDER** |

    Before the Court is Defendants' Motion for Leave to Exceed Page Limit in Filing Response in Opposition to Plaintiff's Motion for Preliminary Injunction (Doc. 18).  Having considered the Motion and good cause appearing,

    **IT IS ORDERED** Defendants' Motion for Leave to Exceed Page Limit in Filing Response in Opposition to Plaintiff's Motion for Preliminary Injunction (Doc. 18) is **GRANTED** and Defendants' Response in Opposition to Plaintiff's Motion for Preliminary Injunction and Expedited Hearing (Doc. 19) is accepted.

    **IT IS FURTHER ORDERED** that in light of the nature of Plaintiff's Motion for Preliminary Injunction and the deadline to request a ballot by mail being Friday, October 23, 2020 at 5:00 p.m., *see* Cochise County Arizona, Elections Department, Elections https://www.cochise.az.gov/elections/home (last visited: Oct. 20, 2020); *see also* Doc. 18 Exh. F, Plaintiff shall file her reply to Defendant's Response in Opposition to Plaintiff's

1 | Motion for Preliminary Injunction (Doc. 18) **on or before 5:00 P.M. on Wednesday,**
2 | **October 21, 2020.**  *See* LRCiv 7.2(d).
3 |      Dated this 20th day of October, 2020.

*[Signature]*
Honorable Scott H. Rash
United States District Judge