Rose Daly-Rooney, AZ Bar #015690
Maya Abela, AZ Bar #027232
Tamaraingsey In, AZ Bar #035208
Meaghan Kramer, AZ Bar #029043
ARIZONA CENTER FOR DISABILITY LAW
5025 E. Washington Street, Suite 202
Phoenix, AZ 85034
(602) 274-6287
E-mail: rdalyrooney@azdisabilitylaw.org
         mabela@azdisabilitylaw.org
         sin@azdisabilitylaw.org
         mkramer@azdisabilitylaw.org

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Kathleen Hoffard, | Case Number: 4:20-cv-00243-SHR |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF DECISION** |
| Cochise County, Arizona; Lisa Marra, in her official capacity as Director of Cochise County Elections Department, | *(Assigned to the Hon. Scott H. Rash)* |
| Defendants. | |

Plaintiff Kathleen Hoffard, by and through counsel, respectfully submits this Notice of Decision of *Merrill v. People First of Alabama*, 20A67, 2020 WL 6156545 (U.S. Oct. 21, 2020) because Plaintiff cited to *People First of Alabama v. Merrill*, 2:20-CV-00619-AKK, 2020 WL 3207824 (N.D. Ala. June 15, 2020), appeal dismissed,[1] 20-12184-GG, 2020 WL 5543717 (11th Cir. July 17, 2020) in these proceedings.

Briefly, the procedural history related to the Supreme Court's order is as follows. On September 30, 2020, the Northern District of Alabama enjoined the Alabama

---

[1] On July 16, 2020, the Eleventh Circuit dismissed an appeal of an earlier district court order, after the Alabama Secretary of State filed an unopposed motion to voluntarily dismiss appeal. As set forth herein, the appeal of the decision upon which Plaintiff relies remains pending before the Eleventh Circuit.

Secretary of State from, among other things, prohibiting counties from establishing curbside voting procedures that otherwise comply with state and federal election law. *See People First of Alabama v. Merrill*, 2:20-CV-00619-AKK (N.D. Ala. Sept. 30, 2020) (available at: https://ecf.alnd.uscourts.gov/doc1/01915509327). The State of Alabama appealed. On October 13, 2020, the Eleventh Circuit Court of Appeals, without analysis, denied Defendants' request to stay the injunction as to the curbside voting ban pending the appeal. *See People v. Sec. of State for Alabama*, 20-13695-B, 2020 WL 6074333, at *1 (11th Cir. Oct. 13, 2020). On the evening of October 21, 2020, the United States Supreme Court issued an order staying the Northern District of Alabama's September 30, 2020 preliminary injunction order pending disposition of the appeal in the United States Court of Appeals for the Eleventh Circuit and disposition of the petition for a writ of certiorari, if such writ is timely sought. *Merrill v. People First of Alabama*, 20A67, 2020 WL 6156545 (U.S. Oct. 21, 2020). The Supreme Court did so without analysis.

Plaintiff relied on other propositions in the underlying decision in *People First*, which has not been overruled and the appeal on subsequent decision in this matter is still pending before the Eleventh Circuit. For the Court's convenience, Plaintiff provides the references to *People First* cited in these proceedings.

In Plaintiff's Response to Defendants' Motion to Dismiss (DOC 12) (at 18), and in Plaintiff's Motion for Preliminary Injunction (DOC 14) (at 13), Plaintiff included the following citation to this case:

> *People First of Alabama v. Merrill*, 2020 WL 3207824 at FN 46 (June 15, 2020) ("The ADA is not so narrow that the plaintiffs' rights only extend to voting at some time and in some way. The plaintiffs have the right to fully participate in [the state's] voting program, including by casting a vote in person. The plaintiffs demonstrate that by prohibiting curbside voting, the state excludes them from voting in person based on their disability, thereby failing to provide them with meaningful access to the benefit that it offers" (internal citations and quotations omitted)

In Plaintiff's Reply in Support of Plaintiff's Motion for Preliminary Injunction (DOC 21) (at 13), Plaintiff again relied on *People First*:

> A "public entity has the burden of proving that compliance with this subpart would result in a 'fundamental' alteration." *People First of Alabama v. Merrill*, 2020 WL 307824, at 21 (N.D. Ala. June 15, 2020) (citing *Hindel v. Husted*, 875 F.3d 344, 348 (6th Cir. 2017, referring to 28 C.F.R. § 35.164).

DATED this 22nd day of October, 2020.

**ARIZONA CENTER FOR DISABILITY LAW**

*/s/ Rose Daly-Rooney*
Rose Daly-Rooney
Maya Abela
Tamaraingsey In
Meaghan Kramer
*Attorneys for Plaintiff Kathleen Hoffard*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

COCHISE COUNTY ATTORNEY
CHRISTINE J. ROBERTS
Chief Civil Deputy County Attorney
Arizona Bar No. 033718
P.O. Drawer CA
Bisbee, AZ 85603
CVAttymeo@cochise.az.gov
*Attorney for Cochise County, and Lisa Marra, in her official capacity as Cochise County Elections Director*

By: */s/ Christina Gutierrez*