IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Hoffard,<br><br>                Plaintiff,<br><br>v.<br><br>County of Cochise,<br><br>                Defendant. | No. CV-20-00243-TUC-SHR<br><br>**Order Re: Supplemental Briefing** |

Pending before the Court is Defendants' Motion to Dismiss (Doc. 11). Plaintiff has requested the opportunity "to brief the genuine issues of material fact" should the Court convert the Motion to Dismiss into a motion for summary judgment. Accordingly,

**IT IS ORDERED** the parties shall submit additional briefing addressing: (1) whether the Court should convert the Motion to Dismiss to a motion for summary judgment; and (2) any genuine issues of material fact.

**IT IS FURTHER ORDERED** Defendants shall file their supplemental brief on or before **Monday, March 29, 2021**; Plaintiff shall file her brief on or before **Monday, April 12, 2021**; and Defendants shall file their reply on or before **Monday, April 19, 2021**.

Dated this 26th day of February, 2021.

Honorable Scott H. Rash
United States District Judge