BRIAN M. MCINTYRE
COCHISE COUNTY ATTORNEY
By: CHRISTINE J. ROBERTS
Chief Civil Deputy County Attorney
Arizona Bar No. 033718
P.O. Drawer CA
Bisbee, AZ 85603
(520) 432-8700
CVAttymeo@cochise.az.gov
*Attorney for Cochise County and Lisa Marra, in her official capacity as Cochise County Elections Director*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA, TUCSON DIVISION

| | |
|---|---|
| Kathleen Hoffard, | No. 4:20-CV-00243-SHR |
| Plaintiff, | |
| v. | **DEFENDANTS ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF** |
| Cochise County, Arizona; Lisa Marra In her official capacity as Director of Cochise County Elections Department | |
| | (Jury Trial Demanded) |
| Defendants. | **(Assigned to the Hon. Scott H. Rash)** |

Defendants Cochise County (the "County") and Lisa Marra, in her official capacity as Director of the Cochise County Elections (collectively "Defendants"), through undersigned counsel, and in response to Plaintiff's First Amended Complaint for Injunctive and Declaratory Relief ("FAC") admit, deny, and allege as follows:

**JURISDICTION AND VENUE**

1. As to the allegations contained in Paragraph 1 of the FAC, Defendants admit that jurisdiction and venue are proper.

2. As to the allegations contained in Paragraph 2 of the FAC, Defendants admit that venue is proper.

**PARTIES**

3. As to the allegations in Paragraph 3 of the FAC, Defendants admit the allegations.

4. As to the allegations in Paragraph 4 of the FAC, Defendants admit the allegations.

5. As to the allegations in Paragraph 5 of the FAC, Defendants admit that Lisa Marra is the Director of Elections for Cochise County, she administers, prepares, and conducts elections within Cochise County. Defendants deny the remaining allegations in Paragraph 5.

**STATEMENT OF FACTS**

6. As to the allegations in Paragraph 6 of the FAC, Defendants do not have sufficient information at this time to form a belief about the truth of the allegations, and so denies them at this time.

7. As to the allegations in Paragraph 7 of the FAC, Defendants do not have sufficient information at this time to form a belief about the truth of the allegations, and so denies them at this time.

8. As to the allegations in Paragraph 8 of the FAC, Defendants do not have sufficient information at this time to form a belief about the truth of the allegations, and so denies them at this time.

9. As to the allegations in Paragraph 9 of the FAC, Defendants admit the allegations.

10. As to the allegations in Paragraph 10 of the FAC, Defendants do not have sufficient information at this time to form a belief about the truth of the allegations, and so denies them at this time.

11. As to the allegations in Paragraph 11 of the FAC, Defendants admit that a mid-term election was held across the United States, and in Cochise County, on November 6, 2018. Defendants do not have sufficient information at this time to form a belief about the truth of the remaining allegations, and so denies them at this time.

12. As to the allegations in Paragraph 12 of the FAC, Defendants deny the allegation that Plaintiff was faced with a choice of being disenfranchised or struggling to exit her vehicle and navigate the polling location. Defendants do not have sufficient information at this time to form a belief about the truth of the remaining allegations, and so denies them at this time.

13. As to the allegations in Paragraph 13 of the FAC, defendants deny that the pavement in the parking lot and the rugs in the interior of the Vote Center posed trip hazards. Defendants do not have sufficient information at this time to form a belief about the truth of the remaining allegations, and so denies them at this time.

14. As to the allegations in Paragraph 14 of the FAC, Defendants admit that Plaintiff cast her ballot at a Vote Center on November 6, 2018. Defendants deny the remaining allegations.

15. As to the allegations in Paragraph 15 of the FAC, Defendants do not have sufficient information at this time to form a belief about the truth of the remaining allegations, and so denies them at this time.

16. As to the allegations in Paragraph 16 of the FAC, Defendants deny the allegations.

17. As to the allegations in Paragraph 17 of the FAC, Defendants deny the allegations.

18. As to the allegations in Paragraph 18 of the FAC, Defendants admit the allegations.

19. As to the allegations in Paragraph 19 of the FAC, Defendants admit the allegations.

20. As to the allegations in Paragraph 20 of the FAC, Defendants admit the allegations.

21. As to the allegations in Paragraph 21 of the FAC, Defendants admit the allegations.

22. As to the allegations in Paragraph 22 of the FAC, Defendants admit the allegations.

## DECLARATORY AND INJUNCTIVE RELIEF ALLEGATIONS

23. As to the allegations in Paragraph 23 of the FAC, Defendants deny the allegations.

24. As to the allegations in Paragraph 24 of the FAC, Defendants deny the allegations.

25. As to the allegations in Paragraph 25 of the FAC, Defendants deny the allegations.

26. As to the allegations in Paragraph 26 of the FAC, Defendants deny the allegations.

27. As to the allegations in Paragraph 27 of the FAC, Defendants deny the allegations.

28. As to the allegations in Paragraph 28 of the FAC, Defendants deny the allegations.

## STATEMENT OF CLAIMS

## COUNT 1

**[Discrimination on the Basis of Disability in Violation of Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131, *et seq*.]**

29. As to the allegations in Paragraph 29 of the FAC, Defendants reassert and incorporate Defendants' responses to Paragraphs 1-28, above.

30. As to the Allegations in Paragraph 30 of the FAC, no response is required as this is a statement of law and not a factual allegation.

31. As to the allegations in Paragraph 31 of the FAC, no response is required as this is a statement of law and not a factual allegation.

32. As to the allegations in Paragraph 32 of the FAC, no response is required as this is a statement of law and not a factual allegation.

33. As to allegations in Paragraph 33 of the FAC, no response is required as this is a statement of law and not a factual allegation.

34. As to the allegations in Paragraph 34 of the FAC, no response is required as this is a statement of law and not a factual allegation.

35. As to the allegations in Paragraph 35 of the FAC, Defendants do not have sufficient information at this time to form a belief about the truth of Plaintiff's physical impairments and limitations and whether she qualifies as an individual with a disability as defined by the ADA and so, at this time denies the remaining allegations.

36. As to the allegations in Paragraph 36 of the FAC, Defendants admit that Plaintiff is a duly qualified and registered elector in Cochise County.  Defendants have insufficient information at this time to form a belief about the truth of Plaintiff's physical impairments and whether she qualifies as an individual with a disability, and so, at this time, denies the remaining allegations.

37. As to the allegations in Paragraph 37 of the FAC, no response is required as this is a statement of law and not a factual allegation.

38. As to allegations in Paragraph 38 of the FAC, Defendants admit the allegations.

39. As to the allegations in Paragraph 39 of the FAC, no response is required as this is a statement of law and not a factual allegation.

40. As to the allegations in Paragraph 40 of the FAC, Defendants admit it must provide individuals with disabilities with access to the voting process. Defendants deny the remaining of the allegations.

41. As to the allegations in Paragraph 41 of the FAC, Defendants deny the allegations.

42. As to the allegations in Paragraph 42, Defendants deny the allegations. Further, Defendants allege that curbside voting is no longer offered in Cochise County because all of the County's seventeen (17) Vote Centers are fully ADA accessible and ADA compliant, all equipment utilized at the Vote Centers are fully ADA accessible, and the County is not required to offer curbside voting in this circumstance.

43. As to the allegations in Paragraph 43, Defendants deny the allegations.

44. As to the allegations in Paragraph 44, Defendants deny the allegations.

45. As to the allegations in Paragraph 45, this is a conclusion of law that does not require a response and not a factual allegation.  But in any event, Defendants deny the allegations.

## COUNT II

**[Discrimination on the Basis of Disability in Violation of Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794]**

46.     As to the allegations in Paragraph 46 of the FAC, Defendants reassert and incorporate Defendants' responses to Paragraphs 1-45, above.

47.     As to the allegations in Paragraph 47 of the FAC, no response is required as this is a statement of law and not a factual allegation.

48.     As to the allegations in Paragraph 48 of the FAC, no response is required as this is a statement of law and not a factual allegation.

49.     As to the allegations in Paragraph 49 of the FAC, no response is required as this is a statement of law and not a factual allegation.

50.     As to the allegations in Paragraph 50 of the FAC, no response is required as this is a statement of law and not a factual allegation.

51.     As to the allegations in Paragraph 51 of the FAC, no response is required as this is a statement of law and not a factual allegation.

52.     As to the allegations in Paragraph 52, Defendants have insufficient information at this time to form a belief about the truth of Plaintiff's physical impairments and whether she qualifies as an individual with a disability, and so, at this time, denies the remaining allegations.

53.     As to the allegations in Paragraph 53 of the FAC, Defendants admit that Plaintiff is a duly qualified and registered elector in Cochise County.  Defendants deny the remaining allegations.

54.     As to the allegations in Paragraph 54 of the FAC, Defendants admit the allegations.

55. As to the allegations in Paragraph 55 of the FAC, no response is required as this is a statement of law and not a factual allegation.

56. As to the allegations in Paragraph 51 of the FAC, no response is required as this is a statement of law and not a factual allegation.

57. As to the allegations in Paragraph 57 of the FAC, Defendants deny the allegations.

58. As to the allegations in Paragraph 58 of the FAC, Defendants deny the allegations.

59. As to the allegations in Paragraph 59, this is a conclusion of law that does not require a response and not a factual allegation. But in any event, Defendants deny the allegations.

## COUNT III

**[Discrimination on the Basis of Disability in Violation of A.R.S. § 41-1421(B)]**

60. As to the allegations in Paragraph 60 of the FAC, Defendants reassert and incorporate Defendants' responses to Paragraphs 1-59, above.

61. As to the allegations in Paragraph 61 of the FAC, no response is required as this is a statement of law and not a factual allegation.

62. As to the allegations in Paragraph 62 of the FAC, no response is required as this is a statement of law and not a factual allegation.

63. As to the allegations in Paragraph 63 of the FAC, Defendants deny the allegations.

64. As to the allegations in Paragraph 64, Defendants have insufficient information at this time to form a belief about the truth of Plaintiff's physical impairments and whether she qualifies as an individual with a disability and/or a qualified individual with disabilities under A.R.S. § 41-1421(E), and so, at this time, denies the remaining allegations

65. As to the allegations in Paragraph 65, Defendants deny that Plaintiff requested a ***reasonable*** modification and denies all remaining allegations. Defendants allege that curbside voting is not a reasonable modification in Cochise County because its implementation is unduly burdensome.

66. As to the allegations in Paragraph 66, this is a conclusion of law that does not require a response and not a factual allegation. But in any event, Defendants deny the allegations.

67. As to the allegations in Paragraph 67, this is a conclusion of law that does not require a response and not a factual allegation. But in any event, Defendants deny the allegations.

**RELIEF REQUESTED**

As to Paragraphs A through G of the Relief Requested Section of the FAC, Defendants deny that Plaintiff is entitled to any injunctions (especially, positive injunctions), declaratory judgments, orders, damages, costs, any fees, or any other relief.

**AFFIRMATIVE DEFENSES**

1. Any allegation not specifically admitted is hereby denied.

2. Defendants assert that they acted lawfully at all times under both state and federal law.

3. Defendants reserve their right to raise any other form of defense or avoidance and to affirmatively assert the defenses listed in Federal Rules of Civil Procedure 8(c) and 12(b) should future discovery show that any of these defenses are applicable to this case.

**PRAYER FOR RELIEF**

WHEREFORE, having fully answered Plaintiff's FAC, Defendants respectfully requests that this Court enter the following relief in their favor:

1. An Order that Plaintiff fails to state a claim upon which relief may be granted;

2. Dismissal of the allegations against the Defendants with prejudice;

3. An award of costs and fees, including attorneys' fees if applicable, incurred in defending against Plaintiff's claims;

4. Trial by jury on all issues; and

5. Any further and additional relief that this Court deems just and appropriate under the circumstances.

## JURY DEMAND

Defendants, pursuant to F.R.C.P, Rule 38, respectfully request a trial by jury on all issues.

RESPECTFULLY SUBMITTED this 13th day of July, 2021.

BRIAN M. MCINTYRE,
COCHISE COUNTY ATTORNEY

By:   /s/ Christine J. Roberts
      Christine J. Roberts
      Chief Civil Deputy County Attorney

I hereby certify that on July 13, 2021, I electronically transmitted the attached Document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to those attorneys registered with CM/ECF.

A copy of the foregoing emailed this 13th day of July, 2021, to:

Rose Daly-Rooney
rdalyrooney@azdisabilitylaw.org
Maya Abela
mabela@azdisabilitylaw.org
Tamaraingsey In
sun@azdisabilitylaw.org
Meaghan Kramer
mkramer@azdisabilitylaw.org