Rose Daly-Rooney, AZ Bar #015690
Maya Abela, AZ Bar #027232
Tamaraingsey In, AZ Bar #035208
Meaghan Kramer, AZ Bar #029043
Maura Hilser, AZ Bar #036317
ARIZONA CENTER FOR DISABILITY LAW
5025 E. Washington Street, Suite 202
Phoenix, AZ 85034
(602) 274-6287
E-mail: rdalyrooney@azdisabilitylaw.org
　　　　mabela@azdisabilitylaw.org
　　　　sin@azdisabilitylaw.org
　　　　mkramer@azdisabilitylaw.org
　　　　mhilser@azdisabilitylaw.org

*Attorneys for Plaintiff Kathleen Hoffard*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Hoffard,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Cochise County, Arizona; Lisa Marra, in her official capacity as Director of Cochise County Elections Department,<br><br>　　　　　　Defendants. | Case Number: 4:20-cv-00243-SHR<br><br>**MOTION REGARDING ENTRY UPON LAND AND TO EXTEND REMAINING EXPERT DISCLOSURE DEADLINES (First Request)**<br><br>*(Assigned to the Hon. Scott H. Rash)* |

Pursuant to the February 17, 2022 emailed discovery order granting, in part, and denying, in part, Plaintiff's Request for Entry Upon Land ("Discovery Order"), the Court's Scheduling Order in this matter [Doc. 40], and L.R.Civ. 7.3, Plaintiff Kathleen Hoffard hereby files this *Motion Regarding Entry Upon Land and Expert Disclosure Deadlines*.

1

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff's January 21, 2022 Request for Entry Upon Land sought to conduct an inspection of all Cochise County Voting Centers between February 23 and 25, 2022. Plaintiff's expert disclosure deadline was and is scheduled for March 4, 2022, followed by Defendants' expert disclosure deadline, and the parties' mutual rebuttal report disclosure deadlines (which are due one month and two months thereafter, respectively).

In addition to other matters resolved by the Discovery Order, Defendants noted that they were unavailable on the date of the proposed inspection. In their February 16, 2022 Jointly-Emailed Position Statement, Defendants represented to the Court that "[m]ore convenient dates for Defendant are during the week of March 21 or March 28." The Court, in its Discovery Order, noted "Plaintiff may inspect the three voting centers in Sierra Vista at a time the parties mutually agree upon."

Defendant proposed March 29, 2022 as a possible date for inspection, but Plaintiff's experts are unavailable that date. Plaintiff proposed March 30, 2022 as a possible date for inspection, but Defendants indicated that such date is not available. Plaintiff has also proposed March 31, April 1, and April 13 to Defendants as possible dates for inspection. These dates are under consideration by Defendants' counsel. The Parties have yet to confirm a date for inspection, but it is expected that the inspection will be conducted in the next three weeks.

Accordingly, Plaintiff will conduct her Entry Upon Land pursuant to Fed. R. Civ. P. 34(a)(2) with representatives from the accessibility and software experts identified in Plaintiff's January 21, 2022 Request for Entry Upon Land (the "Inspection"). The Inspection shall take place a date mutually agreeable to the Parties and will consist of the following Sierra Vista Voting Centers, per the Discovery Order:

- Sierra Vista Central - 3225 St. Andrews Drive, Sierra Vista
- Sierra Vista East - 1519 S. Avenida Del Sol, Sierra Vista
- Sierra Vista West - 800 Taylor Drive NW, Sierra Vista

The Court also ordered in the February 17, 2022 Discovery Order that "[t]he parties may move to extend discovery and other deadlines as necessary."

Plaintiff hereby seeks to extend three expert disclosure deadlines (Plaintiff's Report, Defendants' Report, and Rebuttal Reports) so they may follow the Inspection date, which date is not yet agreed on by the parties.

Accordingly, Plaintiff hereby seeks to extend the remaining expert deadlines as follows:

1. Plaintiff shall disclose the expert reports to be used at trial pursuant to the provisions of Rule 26(a)(2) and (3) of the Federal Rules of Civil Procedure, on or before ten calendar days following the date of Inspection (extended from Friday, March 04, 2022).

2. Defendants shall disclose their expert reports on or before forty calendar days after the date of Inspection (extended from Friday, April 01, 2022).

3. Both Parties shall disclose rebuttal expert reports on or before seventy calendar days after the date of Inspection (extended from Friday, May 06, 2022).

Pursuant to L.R.Civ. 7.3, this is Plaintiff's first request to extend time to disclose expert reports in this action. Plaintiff timely disclosed the names of its expert witnesses. Plaintiff does not seek to extend any other deadlines, including the discovery deadline, which is scheduled for Friday, August 05, 2022.

Plaintiff first sought to extend the deadlines by stipulated motion, first proposed to Defendants on Monday, February 28, 2022. As of the filing of this Motion, counsel for Defendants have not indicated whether they were willing to sign onto a stipulation extending the expert deadlines as proposed by Plaintiff. Likewise, they have not indicated opposition to the same.

This requested extension is not for the purpose of delay, as no dispositive motions are currently pending, and the granting of the extension will not affect any dispositive motions deadline or a trial date in this matter.

DATED this 4th day of March, 2022.

**ARIZONA CENTER FOR DISABILITY LAW**

/s/ *Meaghan K. Kramer*
Rose Daly-Rooney
Maya Abela
Tamaraingsey In
Meaghan Kramer
Maura Hilser
*Attorneys for Plaintiff Kathleen Hoffard*

# CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, and sent a copy by email, to the following:

COCHISE COUNTY ATTORNEY
CHRISTINE J. ROBERTS
Chief Civil Deputy County Attorney
Arizona Bar No. 033718
PAUL CORREA
Civil Deputy County Attorney
P.O. Drawer CA
Bisbee, AZ 85603
CVAttymeo@cochise.az.gov
Attorneys for Cochise County, and Lisa Marra, in her official capacity as Cochise County Elections Director

By: /s/ *Meaghan K. Kramer*