# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Hoffard,<br><br>　　　　Plaintiff,<br><br>v.<br><br>County of Cochise, et al.,<br><br>　　　　Defendants. | No. CV-20-00243-TUC-SHR<br><br>**Order Referring Case to the Hon. Bruce G. Macdonald for Settlement Conference** |

Having reviewed the parties' Stipulated Motion to Stay Action and Refer to Settlement Conference Judge (Doc. 84), and good cause appearing,

**IT IS ORDERED** the Motion (Doc. 84) is **GRANTED** and this action is **STAYED** for 65 days.

**IT IS FURTHER ORDERED** this matter is set for a settlement conference before the Honorable Bruce G. Macdonald on **Monday, October 3, 2022**. The parties are directed to contact Judge Macdonald's chambers at macdonald_chambers@azd.uscourts.gov with the case number in the subject line for further instructions regarding the settlement conference.

Dated this 31st day of August, 2022.

　　　　　　　　　　　　　　　　　　　　Honorable Scott H. Rash
　　　　　　　　　　　　　　　　　　　　United States District Judge