**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**
**CIVIL MINUTES - GENERAL**

**Date:** October 3, 2022
**Civil Case Number:** CV-20-00243-TUC-SHR
**Title:** Hoffard v. Cochise County

Present:                     Hon. Bruce G. Macdonald

Magistrate Courtroom Clerk:    N/A          Court Reporter:    N/A

Attorneys for Plaintiffs:   Maya Stock Abela, Esq.; Meaghan Kathleen Kramer, Esq.; Rose Ann Daly-Rooney, Esq.; Tamaraingsey In, Esq.
Attorneys for Defendants:   Christine Joyce Roberts, Esq.; Paul Correa, Esq.

**PROCEEDINGS:**      ___ Open Court    _X_ Chambers    ___ Other

**SETTLEMENT CONFERENCE**

The parties participated in a settlement conference with Magistrate Judge Bruce G. Macdonald via Zoom on October 3, 2022. The parties have reached a tentative Settlement Agreement, subject to anticipated approval of the Board of Supervisors, for the County of Cochise, at the upcoming board meeting scheduled for October 25, 2022.

Once the Board of Supervisors' approval is received, the parties shall notify the Court and prepare the necessary documents for dismissal of the case.

**SETTLEMENT CONFERENCE (7 hrs. 30 mins.)**
**Hearing Start Time:**   9:30 a.m.
**Hearing End Time:**     6:30 p.m.