# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Hoffard,<br><br>        Plaintiff,<br><br>v.<br><br>Cochise County,<br><br>        Defendants. | No.   CV-20-00243-TUC-SHR<br><br>**ORDER RE:**<br><br>**STATUS OF SETTLEMENT**<br><br>**AGREEMENT** |

    Regarding the tentative settlement reached at the conference held on October 3, 2022, the Court has been advised there was an approval of the terms of the settlement by the Cochise County Board of Supervisors on October 25, 2022. Plaintiff will be filing a stipulation to dismiss the case.[1]

    Dated this 31st day of October, 2022.

                                                    Honorable Bruce G. Macdonald
                                                    United States Magistrate Judge

---

[1] *See also* Order Referring Case (Doc. 85), "IT IS ORDERED the Motion (Doc. 84) is GRANTED and this action is STAYED for 65 days."