1  Rose Daly-Rooney, AZ Bar #015690
2  Maya Abela, AZ Bar #027232
3  Tamaraingsey In, AZ Bar #035208
   Meaghan Kramer, AZ Bar #029043
4  ARIZONA CENTER FOR DISABILITY LAW
   5025 E. Washington Street, Suite 202
5  Phoenix, AZ 85034
6  (602) 274-6287
   E-mail: rdalyrooney@azdisabilitylaw.org
7           mabela@azdisabilitylaw.org
            sin@azdisabilitylaw.org
8           mkramer@azdisabilitylaw.org
   *Attorneys for Plaintiff Kathleen Hoffard*
9
10 Brian M. McIntyre
   Cochise County Attorney
11 By: Christine J. Roberts, Arizona Bar No. 033718
   Chief Civil Deputy County Attorney
12 By: Paul Correa, Arizona Bar No. 017187
   Deputy County Attorney
13 P.O. Drawer CA
14 Bisbee, AZ  85603
   (520) 432-8700
15 CVAttymeo@cochise.az.gov
16 *Attorneys for Defendants Cochise County and Lisa Marra, in her official capacity as Cochise County Elections Director*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kathleen Hoffard, | Case Number: 4:20-cv-00243-SHR |
| Plaintiff, | |
| vs. | **STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS** |
| Cochise County, Arizona; Lisa Marra, in her official capacity as Director of Cochise County Elections Department, | *(Assigned to the Hon. Scott H. Rash)* |
| Defendants. | |

1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kathleen Hoffard and Defendants Cochise County and Lisa Marra, in her official capacity as Director of Cochise County Elections Department (collectively, "Defendants"), hereby stipulate that Plaintiff's claims against Defendants, as detailed in Plaintiff's First Amended Complaint for Injunctive and Declaratory Relief (Doc. 6) (the "Claims") will be voluntarily dismissed with prejudice. Plaintiff and Defendants (collectively, the "Parties") have resolved the Claims pursuant to a settlement agreement (the "Agreement"). Each party shall bear their own fees and costs, except as otherwise provided for in the Agreement.

Accordingly, the Parties respectfully request that this Court enter an order granting this Stipulation.

DATED this 1st day of November, 2022.

**ARIZONA CENTER FOR DISABILITY LAW**

/s/ Meaghan K. Kramer
Rose Daly-Rooney
Maya Abela
Tamaraingsey In
Meaghan Kramer
*Attorneys for Plaintiff Kathleen Hoffard*

**COCHISE COUNTY ATTORNEY**

/s/ Meaghan K. Kramer (with permission)
Christine Roberts
Paul Correa
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, and sent a copy by email, to the following:

COCHISE COUNTY ATTORNEY
CHRISTINE J. ROBERTS
Chief Civil Deputy County Attorney
Arizona Bar No. 033718
PAUL CORREA
Arizona Bar No. 017187
Civil Deputy County Attorney
P.O. Drawer CA
Bisbee, AZ 85603
CVAttymeo@cochise.az.gov
*Attorneys for Cochise County, and Lisa Marra, in her official capacity as Cochise County Elections Director*

By: */s/ Raquel Castro*