# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Hoffard,<br><br>　　　　Plaintiff,<br><br>v.<br><br>County of Cochise, et al.,<br><br>　　　　Defendants. | No. CV-20-00243-TUC-SHR<br><br>**Order Dismissing Action and Closing Case Pursuant to Stipulation of Voluntary Dismissal of Claims** |

The parties have filed a Stipulation of Voluntary Dismissal of Claims (Doc. 88), in which Plaintiff voluntarily dismisses all claims with prejudice, as the parties have resolved the claims pursuant to a Settlement Agreement. The parties agree each party shall bear its own fees and costs, except as otherwise provided in their Settlement Agreement. Accordingly,

**IT IS ORDERED** this action is **DISMISSED with prejudice** and each party shall bear its own attorney fees and costs.

**IT IS FURTHER ORDERED** the Clerk of Court shall docket accordingly and **close this action**.

Dated this 2nd day of November, 2022.

*/s/ Scott H. Rash*
Honorable Scott H. Rash
United States District Judge